UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

SEBASTIAN CORREA MORALES
Petitioner,

vs.

JULIANA ESCOBAR RESTREPO
Respondent.

ATTORNEY: GREEN KAMINER MIN & ROCKMORE LLP

CASE NUMBER: 1:24-CV-07951

DATE OF FILING:

COURT DATE: 11/26/2024

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Nicholas Lupo, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **11/22/2024** at **8:25 AM** at **1207 154th STREET, Whitestone, NY 11357**,
Deponent served the **Summons in a Civil Action & Verified Petition for Return of the Child to Colombia with Exhibits A-E, Proposed Copy of Summons in a Civil Action, Civil Cover Sheet, Docket Text, Magistrate Judge Consent Form, Quality Control Check Form, Order to Show Cause & Temporary Restraining Order, Petitioner's Motion to Expedite Proceedings and Issuance of Show Cause Order, Including Temporary Restraining Order, Preliminary Injunction, and Expedited Scheduling Order, Proposed Order, Notice of Electronic Filing - Magistrate Judge, Notice of Electronic Filing Order, Notice of Electronic Filing - New Judge Assigned** upon **JULIANA ESCOBAR RESTREPO**, respondent herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **JULIANA ESCOBAR RESTREPO**, personally; deponent knew said person so served to be the person mentioned and described as said respondent therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin: **White**  Hair: **Black**  Age (Approx): **35**  Height(Approx): **5'7"**  Weight(Approx): **170-180 lbs**  Glasses: **No**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Nicholas Lupo

Sworn to before me this
November 22 2024

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Executive Attorney Service, Inc. 100 Crossways Park Dr W, Ste 402, Woodbury, NY 11797 5162261073 Lic# 1422060
Case No: 1714182