# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-3089-BMC |
| This document relates to: | **NOTICE OF APPEARANCE OF CARA D. EDWARDS** |
| *Pack v. Johnson & Johnson, Consumer Companies, Inc. et al.,* No. 1:23-cv-09057 | |
| *Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09277 | |
| *Kleiman v. Bayer HealthCare LLC,* No. 1:23-cv-09287 | |
| *Heaghney v. Johnson & Johnson et al.,* No. 1:23-cv-09282 | |
| *Parker v. Rite Aid et al.,* No. 1:23-cv-09311 | |
| *Means v. Johnson & Johnson Holdco et al.,* No. 1:23-cv-09276 | |
| *Kasparie and James v. Bayer Healthcare LLC*, No. 1:23-cv-09312 | |
| *Thomas & Woods v. Kenvue, Inc. et al.*, No. 1:23-cv-09303 | |
| *Murdock et al. v. RB Health (US), LLC et al.*, No. 1:23-cv-09279 | |
| *McPhee & Vorise v. Johnson & Johnson Consumer Companies, Inc.*, No. 1:23-cv-09262 | |
| *Chavez v. Johnson & Johnson et al.,* No. 1:23-cv-09304 | |
| *Adkins v. Reckitt Benckiser et al.,* No. 1:23-cv-09291 | |

*Sanes, et al. v. Bayer HealthCare LLC,* No.
1:23-cv-09295

*Jones v. Bayer Corporation et al.,* No. 1:23-
cv-09297

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Cara D. Edwards, of DLA Piper

LLP (US), is admitted to practice in this Court and has no disciplinary matters pending, and hereby

enters her appearance in these cases as counsel for Defendant Bayer HealthCare LLC, as well as

the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of

all papers and electronic notices in this action be served upon her at the email address below.

Dated: January 4, 2024.

                    **DLA PIPER LLP (US)**

                    By: /s/ *Cara D. Edwards*
                         Cara D. Edwards (NY – 4267449)
                         1251 Avenue of the Americas
                         27th Floor
                         New York, NY 10020
                         Tel: (212) 335-4714
                         Fax: (212) 884-8714
                         cara.edwards@us.dlapiper.com
                         *Attorney for Bayer HealthCare, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: <u>/s/ *Cara D. Edwards*</u>
Cara D. Edwards